```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU, CA Bar #212144
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                     EASTERN DISTRICT OF CALIFORNIA
10
11
    IN RE THE SEARCH OF (1)          )  CASE No. 5:10-SW-00040 JLT
12  TAILGATERS SPORTS BAR AND        )
    GRILL, 900 TRUXTON AVENUE,       )
13  Suite #110, BAKERSFIELD,         )  MOTION TO UNSEAL SEARCH WARRANT
    CALIFORNIA; (2)THE RESIDENCE     )  AND AFFIDAVIT IN SUPPORT OF
14  LOCATED AT 25 COLUMBUS,          )  SEARCH WARRANT; [PROPOSED] ORDER
    BAKERSFIELD, CALIFORNIA; and     )
15  (3) THE RESIDENCE LOCATED AT     )
    2326 ALTA VISTA DRIVE,           )
16  BAKERSFIELD, CALIFORNIA          )
                                     )
17  _____
```

18      The Search Warrant and Affidavit in Support of Search Warrant

19 in this case, having been sealed by Order of this Court, appears to

20 no longer need remain secret, as the warrants have been executed

21 and arrests have been made.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1   The United States of America, by and through Benjamin B.
2 Wagner, United States Attorney, and Elana S. Landau, Assistant
3 United States Attorney, hereby moves that the Search Warrant and
4 Affidavit in Support of Search Warrant in this case be unsealed and
5 made public record.

7 Dated: August 30, 2010         /s/ Elana S. Landau
                                  ELANA S. LANDAU
8                                 Assistant U. S. Attorney

10   IT IS SO ORDERED.

11 DATED: August 30, 2010         [signature] Jennifer L. Thurston
                                  JENNIFER L. THURSTON
12                                United States Magistrate Judge